UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARK SHINNICK, | Case No. 2:19-01528 SVW (ADS) |
|---|---|
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE |
| ANN MARIE STREIBICH, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, including the Report and Recommendation of the assigned United States Magistrate Judge [Dkt. No. 50], Plaintiff's Request for Dismissal of Lawsuit [Dkt. No. 51], and Defendant's Opposition to Plaintiff's Request for Dismissal of Lawsuit Without Prejudice [Dkt. No. 52].  No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation,

1    [Dkt. No. 50], is accepted;

2. Plaintiff's Request for Dismissal of Lawsuit [Dkt. No. 51], seeking dismissal without prejudice, is denied;

3. The case is dismissed with prejudice; and

4. Judgment is to be entered accordingly.

DATED:   July 14, 2020

_____
THE HONORABLE STEPHEN V. WILSON
United States District Judge