JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK SHINNICK, | Case No. 2:19-01528 SVW (ADS) |
| Plaintiff, | |
| v. | JUDGMENT |
| ANN MARIE STREIBICH, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge and Dismissing Case IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: July 14, 2020

THE HONORABLE STEPHEN V. WILSON
United States District Judge